Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298

CHASE

08/09/2024

PHILIP GOLDSON
140 STATE STREET APT 1A
HACKENSACK NJ 07601

## Update: **We confirmed that our reporting of your account is accurate**

Your account 424631528799XXXX

Dear Philip Goldson

Thank you for contacting us about your credit card account above. We're committed to providing accurate information to the consumer reporting agencies and appreciate the opportunity to confirm our reporting.

We confirmed that our reporting of your account is accurate, including:

- Your account was charged off on March 31, 2022.
- Your account shows as charged off with a balance of $38,238.
- *High Balance: $38,238.*
- *We reviewed your account history and found that our reporting is accurate.*
- *Additional item(s) listed in your dispute are not a reported field provided by Chase to the Consumer Report Agency.*
-

***Here's information about credit reporting***

- *A high balance can occur anytime* during the month and may not necessarily be the same as your ending balance on a statement.
- We begin reporting an account as delinquent after two consecutive payments are missed. We'll mail you copies of billing statements showing you missed two consecutive payments in a separate letter.

Because our reporting is accurate, no updates or corrections are needed. The consumer reporting agencies below manage how long your account will remain on your credit report. If you have questions about the timeframe, please contact them.

| Experian | Equifax | TransUnion | Innovis |
|---|---|---|---|
| PO Box 4500<br>Allen, TX 75013<br>experian.com<br>1-800-493-1058 | PO Box 740256<br>Atlanta, GA 30374-0256<br>equifax.com<br>1-866-349-5191 | PO Box 2000<br>Chester, PA 19016<br>transunion.com<br>1-800-916-8800 | PO Box 1689<br>Pittsburgh, PA 15230-1689<br>innovis.com<br>1-800-540-2505 |