Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298

CHASE

11/03/2024

PHILIP GOLDSON
140 STATE STREET APT 1A
HACKENSACK NJ 07601

## Update: **We confirmed that our reporting of your account is accurate**

RE : 424631528799xxxx

Dear Philip Goldson

Thank you for contacting us about your credit card account above. We reviewed your account history and found that our reporting is accurate. We begin reporting an account as delinquent after two consecutive payments are missed.

We confirmed that our reporting of your account is accurate, including:

- Your account was charged off on 03/31/2022.
- Your account shows as charged off with a balance of $38,238.76.

Because our reporting is accurate, no updates or corrections are needed. The consumer reporting agencies below manage how long your account will remain on your credit report. If you have questions about the timeframe, please contact them.

| ***Experian*** | ***Equifax*** | **TransUnion** | **Innovis** |
|---|---|---|---|
| *PO Box 4500* | *PO Box 740256* | PO Box 2000 | PO Box 1689 |
| Allen, TX 75013 | Atlanta, GA 30374-0256 | Chester, PA 19016 | Pittsburgh, PA 15230-1689 |
| experian.com | equifax.com | transunion.com | innovis.com |
| 1-800-493-1058 | 1-866-349-5191 | 1-800-916-8800 | 1-800-540-2505 |

We have confirmed there was no date of last payment reported to the Consumer Reporting Agencies.

If you have questions, please call us anytime at 1-800-436-7937; we accept operator relay calls.

Sincerely,

Customer Support Team

CDV903 CDV903.docx 1562526943