**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PHILIP GOLDSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Civil Action No.<br><br>24-cv-10869 (SDW) (JRA)<br><br>**SECOND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the settlement/status conference with the parties on April 28, 2026, and the parties requiring an extension of the time to complete expert discovery, and for good cause shown,

**IT IS, on this 28th day of April 2026, ORDERED** that:

1. All affirmative expert reports shall be delivered by **May 29, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).
2. All responding expert reports shall be delivered by **June 30, 2026**. Any such report shall comport with the form and content requirements referenced above.
3. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **July 30, 2026**.

4. Thereafter, the parties will proceed with dispositive motion practice according to the following briefing schedule: opening motions for summary judgment shall be filed by **August 31, 2026**; oppositions by **September 14, 2026**; and replies, if any, by **September 21, 2026**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE