# EXHIBIT 3

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------X
PHILIP GOLDSON,

PLAINTIFF,

-against- Case No.: 2:24-cv-10869-SDW-JR

JPMORGAN CHASE BANK, N.A.,

DEFENDANTS.
-------------------------------------------------X

DATE: December 11, 2025

TIME: 12:01 P.M.

VIRTUAL DEPOSITION of the Defendant, Given by a Witness, ROB WILKINS, taken by the Plaintiff, pursuant to a Notice, and to the Federal Rules of Civil Procedure, before Madeline Tavani, a Notary Public of the State of New York.

A P P E A R A N C E S:

PHILIP GOLDSON
Plaintiff Pro Se
140 State Street, Apartment 1A
Hackensack, New Jersey 07601

TURCOTTE LAW P.C.
Attorneys for the Defendants
JPMORGAN CHASE BANK, N.A.
641 Lexington Avenue, 15th Floor
New York, New York 10022
BY: CHRISTOPHER TURCOTTE, ESQ.

ALSO PRESENT:

MATT REEDY

* * *

Mr. Christopher Turcotte. The deposition is being conducted via Zoom and is being recorded.

Mr. Wilkins, have you been deposed before?

A. I have.

Q. Okay. Please state your full name for the record.

A. Robert J. Wilkins.

Q. What is your current job title at J.P. Morgan Chase Bank?

A. I'm a vice president, business analysis manager.

Q. How long have you held that title?

A. Roughly, six years.

Q. What are your primary responsibilities in that role?

A. I manage the credit bureau disputes team here domestically. I have two teams here in Columbus, Ohio, and I have two teams in Elgin, Illinois. Actually, I have three teams in Elgin, Illinois now.

Q. Okay. To be clear, you oversee credit bureau reporting operations?

A. Credit bureau disputes.

charge-off date to me in writing? "Me" being Mr. Goldson on August 9th, 2024.

A. Can you scroll up on the letter so can I see the date?

Yes.

Q. After August 9th, 2024, what charge-off date was Chase reporting to the credit bureaus?

A. The charge-off day is not a date that is reported to the credit bureaus.

Q. What date is reported to the credit bureau?

A. The date of account information, I mean, there's several other, you know, dates. We can go through those on an ACDV, if you'd like.

Q. For the record, it's referred to as the charge-off date by the credit bureaus.

Was Chase reporting March 31st, 2022, or April 2022?

A. Again, the charge-off date is not a Metro 2 field that is reported to the credit bureaus.

Q. Okay. So in terms of dates that

you guys were giving to Chase -- excuse me -- to the credit bureaus. Were you giving the date of March 31st, 2022, or the date of April 2022?

A. The date of account information when we first reported the charge-off would have been in April -- I believe the cycle date was the 28th that we would have go through the screenshots of our system of record to get that cycle date.

Q. Great. So what were you reporting?

A. We report the account status at the time of furnishing.

Q. What date were you reporting, Mr. Wilkins, to the credit bureau? March 2022 or April 2022?

A. When we report to the credit bureaus, it would be the date on which we report. And it tells the credit bureaus what status is at the time that we report.

Q. Thank you for that.

I'm asking in this specific case (audio disruption.)

MR. TURCOTTE: I'm sorry. Did you

break -- did you -- I believe you broke up. I didn't hear it. I'm sorry.

Rob, did you hear the question?

THE REPORTER: It was broken up. Yeah.

BY MR. GOLDSON:

Q. So I'm asking you in this specific case, I think you've kind of -- you laid out, you know, what you do with the credit bureaus and how you report. I'm asking you in this specific case, what dates were you reporting.

So were you reporting March 2022 or April 2022?

MR. TURCOTTE: Objection to form. Asked and answered.

You can answer again.

A. There were several date fields that are reported. Are you talking about a specific date or field?

BY MR. GOLDSON:

Q. Yeah. So I'm referring to the charge-off date. I don't necessarily want to have a conversation about the utilization of the term "charge-off date," I think you

know what I'm referring to.

A. I do not -- like I said, there's not a metric to the field, that's called charge-off date. So there's not a way for us to report a charge-off date.

Q. Does it not say here that "We confirmed that the reporting of your account is accurate including your account was charged off on March 31st, 2022."

This is the language that you use in the document.

A. It's confirming that your account was charged off on March 31st, 2022. Yes.

Q. So I asked again, was Chase reporting March 31, 2022, or April 2022?

MR. TURCOTTE: Objection. Asked and answered.

You can answer.

MR. GOLDSON: He has not answered.

MR. TURCOTTE: I beg to differ, but you can answer again.

A. Can you repeat your question, please?

BY MR. GOLDSON:

Q. Sure. Was Chase reporting

March 31st, 2022 or April 2022?
A. In which date field?
Q. I'm sorry. I don't understand your question.
A. As I stated previously, there's several date fields that are reported when we furnish to the credit bureaus. There's not a charge-off date field, so I would like to know what specific Metro 2 date field you're referring to.
Q. Okay. So in the document that you guys furnished today me where you say your account was charged off on March 31st, 2022, what would be the corresponding date field that you would give to the reporting agencies?
A. After the account was charged off, the next time that the account was reported would have been on your cycle date, which again I believe was the 28th, but we would have to go through the documents so I can see that. And that would have reported the charge-off for the first time as the account status.
Q. What would be the corresponding

field?

A. Account status.

Q. Account status so your -- great.

So was Chase reporting the account status, for March 31st, 2022, or April 2022?

A. The account status is at the time of reporting, which would have been April 28th, 2022.

Q. You're the vice president of business analysis and you don't know what Chase reported?

MR. TURCOTTE: Objection.
Mischaracterizes his testimony.
You can answer.

A. I don't understand your question.

BY MR. GOLDSON:

Q. You're the vice president of business analysis and you don't know what Chase reported?

MR. TURCOTTE: Same objection.

A. I told you what Chase reported.

BY MR. GOLDSON:

Q. Okay. You're Chase's 30(b)(6) corporate representative on credit reporting topics, correct?

A. Again, we did not report a charge-off date. We report an account status at the time that we report.

Q. All right. So semantics are around words, but I'll repeat the question. If Chase told the consumer the correct date in writing then continued reporting a different date to credit bureaus for 15 months, is that consistent with FCRA?

MR. TURCOTTE: Objection to form. Misstates the testimony and the record.

You may answer.

A. Again, we did not report a charge-off date. That's not a Metro 2 field.

BY MR. GOLDSON:

Q. That's fine. I'm asking you question now as an expert, right? So I'll repeat the question if you need me to.

But to your knowledge and in your expertise, if Chase told consumer the correct date in writing, then continued reporting a different date to credit bureaus for 15 months, is that consistent with FCRA?

MR. TURCOTTE: Objection.

can't provide an answer because you're referring to a charge-off date in the letter which is accurate, but there's not a charge-off date that we credit report, because it's not a Metro 2 field. So I would need to know what field that we credit report, because you report -- because you're referring to reporting in order to be able to answer that question.

BY MR. GOLDSON:

Q. Fair. So just -- just to recap because we've gone a bit. You confirm that Chase was reporting April 2022, correct?

A. I confirm that that is the first time that we would have reported the account status of charge-off.

Q. Okay. And you guys kept reporting this after confirming March 31st, 2022, correct?

A. I believe there was a time period in which we did not report anything. And then we picked up reporting after Chase's systems were enhanced.

Q. Okay. And then what were you reporting at that time?

A. At which time?
Q. When you picked up reporting.
A. The account status of charge-off?
Q. What was the date?
A. We would have to go to an ACDV to look. But I believe it was August 2023, 2024.
Q. Let me restate. So who made the decision to keep reporting April 2022 after confirming March 31st, 2022?
A. We didn't keep reporting the April 2022 date. That date's reported once at the time of reporting and then it changes the next reporting.
BY MR. GOLDSON:
Q. I mean, to be fair, your position is that although you positioned this letter to me as the account was charged off on March 31st, 2022, you guys do not report charge-off dates?
A. That is correct.
Q. Okay. What do you report that corresponds to the charge-off date? Like what is the significance of March 31st, 2022?

A. That is when Chase's -- that's when the account was charged off in Chase's system of record.

Q. Okay. And the credit bureau obtains this information how?

A. We report the account status and the next cycle after the charge-off.

Q. Okay. So you report it to me that the account still -- just to be clear -- account status and charge-off date are interchangeable terms in your field of work?

MR. TURCOTTE: Objection to form.

You can answer.

A. I did not say that.

BY MR. GOLDSON:

Q. I'm asking you.

A. There's not a charge-off date that we can report.

Q. That's not what I asked. I said are account status and charge-off date interchangeable terms in your field of work?

MR. TURCOTTE: Objection to form.

You can answer again.

A. No. Because there's not a Metro 2 field for charge-off Metro 2 date.

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

I, MADELINE TAVANI, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of December, 2025.



MADELINE TAVANI