UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PHILIP GOLDSON,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No. 2:24-cv-10869-SDW-JRA

**DECLARATION OF DAVID J. RIVERA**

David J. Rivera, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an Account Manager II of Credit Bureau Operations with JPMorgan Chase Bank, N.A. ("Chase"). My responsibilities include regularly providing research and requested assistance in relation to claims and litigation involving Chase. This declaration is based upon my personal knowledge, my review of Chase's business records, my review of the pleadings in this matter, and the knowledge that I have generally acquired in the course of my duties with Chase. If called and sworn as a witness, I would testify to the same if called upon to do so.

2. As a result of my employment and job responsibilities, I am generally familiar with the means and processes by which Chase furnishes data to the credit bureaus with regard to cardholders' accounts. I also have become familiar with Chase's records in relation to such furnishing of information to the credit bureaus. Chase's records are created in the ordinary course of business, at or near the time that the furnishing of information reflected therein occurred. Chase regularly relies upon those records in conducting its business with its cardholders. In my experience, the systems used by Chase to maintain such records are reliable and kept in a good state of repair, and Chase has procedures for inputting information, documents and other data into the systems that ensure accuracy. Only authorized personnel are permitted to obtain documents and information from these systems.

3. Based upon my position, I am familiar with the manner in which records are created and maintained by Chase in relation to Chase credit card accounts, including the Chase Ink credit card account in the name of Philip Goldson and Jayhairbigga LLC. originally ending in 2315 (the "2315 Account")

4. In October 2019, Plaintiff opened the 2315 Account.

5. Beginning in late November 2021 and continuing through early December 2021, Plaintiff began filing disputes with the three major credit reporting agencies – Equifax, Experian, and Trans Union (collectively, the "CRAs") – alleging identify theft. During this period, Chase, in turn, received notice of Plaintiff's credit reporting disputes from the CRAs in the form of five (5) Automated Consumer Dispute Verification (ACDV) forms. *See* true and correct copies of ACDVs annexed hereto as Ex. E, at CHASE-000142 to CHASE-000156, with Plaintiff's account number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding.

6. Each of the ACDVs received during this November-December 2021 period identified the Dispute Code 103 ("Claims true Identity fraud, account fraudulently opened") as being relevant. *See* true and correct copies of ACDVs annexed hereto as Ex. E, at CHASE-000142, CHASE-000145, CHASE-000148, CHASE-000151, and CHASE-000154.

7. In response to the ACDVs received during this November-December 2021 period, Chase performed investigations, validating the wrongly disputed account information, *i.e.*, that the account was opened fraudulently via true identity theft, while updating certain account information. *See* ACDVs annexed hereto as Ex. E, and Bates stamped CHASE-000142 to CHASE-000156. This included Chase's verifying payments to the 2315 Account were received from a direct deposit account ending in 2263 in the primary cardmember's business name (*see* 12-2-21 C3 Notes for 2315 Account annexed hereto as Ex. D at CHASE-000186, stating "PMNT

VRFD TO PCM BUSINESS NAME WITH DDA 2263 … LIABILITY FOUND") and, based on Chase's system of record, updating the address for Plaintiff on the ACDVs from a New Rochelle, NY address to the 29 1st Street, Apt. 602, Hackensack, NJ 07601 address appearing on Plaintiff's 2315 Account application and statements, with C3 notes dated December 9, 2021 stating:

> INVESTIGATION PERFORMED BASED ON DISPUTE CODE(S) 103:CLAIMS TRUE IDENTITY FRAUD, ACCOUNT FRAUDULENTLY OPENED, PROVIDE OR CONFIRM COMPLETE ID., ALL RELEVANT INFORMATION AND ATTACHMENTS REVIEWED IF SUPPLIED[.] **REVIEWED CUSTOMER INFORMATION AND FRAUD REVIEW MEMO IN C3, FRAUD REVIEW MEMO STATES CUSTOMER LIABLE FOR ACCOUNT AND INDICATES TO UPDATE, VALIDATED ACCT STATUS IN C3, ORIGINATING BUREAU INFORMATION NOT UNDER DISPUTE REVIEWED AGAINST C3, NO UPDATE TO C3 NEEDED**, - CUSTOMER INFOMRATION, ACCOUNT INFORMATION AND HISTORY – DO NOT MATCH ORIGINAL COLUMN AS PER VALIDATION MADE IN C3, DOAI UPDATED, OTHER INFORMATION ASSOCIATED WITH DOAI UPDATED, PROCESSED UPDATE FOR DOAI AND ASSOCIATED FIELD, RESPONSE SENT TO UPDATE.

*See* C3 Notes to 2315 Account annexed hereto as Ex. D, at CHASE-000184 (emphasis added). The C3 notes are the system of record for the 2315 Account.

8. In May 2022, Chase received a fourth ACDV from Experian, identifying Dispute Code 114 (Disputes Date Opened, Date of Last Payment and/or Date Closed), without any further detail, as being relevant. *See* true and correct copy of ACDV annexed hereto as Ex. F, at CHASE-000159 to CHASE-000161, with Plaintiff's account number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding.

9. In response to the May 2022 ACDV, Chase performed an investigation and verified its reporting, stating in contemporaneous C3 notes dated June 3, 2022 the following:

> INVESTIGATION PERFORMED BASED ON DISPUTE CODE(S) 114:DISPUTES DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED. **VERIFY DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED.**, ALL RELEVANT INFORMATION AND ATTACHMENTS REVIEWED IF SUPPLIED[.] VERIFIED DATE OPENED, DATE OF LAST

> PAYMENT, DATE CLOSED AS PER C3, NO UPDATE REQUIRED, ACDV UPDATED AS PER C3.

*See* C3 Notes to 2315 Account annexed hereto as Ex. D, at CHASE-000182 (emphasis added).

10. Thereafter, in March 2023, Chase received a fifth ACDV from TransUnion, identifying Dispute Code 112 (Consumer states inaccurate information), again without any further detail, as being relevant. *See* true and correct copy of ACDV annexed hereto as Ex. G, at CHASE-000162 to CHASE-000164, with Plaintiff's account number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding.

11. In response to the March 2023 ACDV, Chase performed an investigation and verified its reporting, stating in contemporaneous C3 notes dated April 12, 2023 the following:

> INVESTIGATION PERFORMED BASED ON DISPUTE CODE(S) 112:CONSUMER STATES INACCURATE INFORMATION. **PROVIDE OR CONFIRM COMPLETE ID AND VERIFY ALL ACCOUNT INFORMATION**., ALL RELEVANT INFORMATION AND ATTACHMENTS REVIEWED IF SUPPLIED[.] **VERIFIED ALL ACCT INFO, STATUS, PAYMNT HISTORY, PAYMNT RATING AS PER C3. FNAPP/ C3 USED FOR CUST FILED VALIDATION, VERIFIED DELINQUENCIES VIA STATEMENTS IN EIV [ENTERPRISE IMAGE VIEWER] AND C3, ORIGINATING BUREAU INFO REVIEWED AGAINST C3 NO UPDATE REQUIRED TO C3. ACDV UPDATED CUSTOMER INFO AS PER C3, UPDATED ACCT INFO AND ACCT HISTORY AS PER C3**.

*See* C3 Notes to 2315 Account annexed hereto as Ex. D, at CHASE-000181 (emphasis added).

12. Following this, Chase received three final ACDVs from TransUnion between July 2024 and October 2024. *See* true and correct copies of ACDVs annexed hereto as Ex. H, at CHASE-000165 to CHASE-000173, with Plaintiff's account number, Social Security number and date of birth redacted but for the last four digits and the redaction of proprietary coding.

13. The first of these three ACDVs was received on July 18, 2024, and identified Dispute Codes 012 (Claims paid the original creditor before Collection status or Paid before

Charge-off) and 114 (Disputes Date Opened, Date of Last Payment and/or Date Closed) as being relevant. *See* ACDV annexed hereto as Ex. H, at CHASE-000165 to CHASE-000167.

14. The July 2024 ACDV was accompanied by a letter to TransUnion dated July 12, 2024, wherein Plaintiff disputed "inaccurate information" on his TransUnion credit report, specifically citing "[p]ayment history" and "[c]harge-off date" without elaboration. *See* true and correct copy of 7-12-24 Letter, with attachments, annexed hereto as Ex. I [CHASE-000192 to CHASE-000197], at 1.

15. In response to the July 2024 ACDV, Chase performed an investigation and verified its reporting, stating in contemporaneous C3 notes dated July 23, 2024 the following:

> INVESTIGATION PERFORMED BASED ON DISPUTE CODE(S) 012 – CLAIMS PAID THE ORIGINAL CREDITOR BEFORE COLLECTION STATUS / PAID BEFORE CHARGE OFF. **VERIFY ACCOUNT STATUS, PAYMENT STATUS, PAYMENT RATING, CURRENT BALANCE, AMOUNT PAST DUE AND ACCOUNT HISTORY**….

*See* true and correct Excerpted C3 Notes for 2315 Account dated 7-23-24 annexed hereto as Ex. D, at CHASE-000179 (emphasis added).

> 114 – DISPUTES DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED. VERIFY DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED., ALL RELEVANT INFORMATION AND ATTACHMENTS REVIEWED IF SUPPLIED, **VALIDATED DISPUTED FIELDS PER SOR [SYSTEM OF RECORD] AND ACCOUNT HISTORY** DO NOT MATCH ORIGINAL COLUMN. **UPDATED SCH[EDULE]D MO[NTHLY] P[AY]M[E]NT, DOFD [DATE OF FIRST DELIQUENCY] AND ACCOUNT HISTORY. NO UPDATE NEED IN SOR**. RESPONSE SENT TO UPDATE.

*Id.* (emphasis added).

16. With respect to Plaintiff's disputing the alleged reporting of the 2315 Account's charge-off date, furnishers like Chase do not a furnish a "charge-off date" to the CRAs as, consistent with Metro 2 procedure, there is no means, including any field on the ACDV, of

transmitting such information to a CRA. In this regard, the July 2024 ACDV, as well as all of the ACDVs received in connection with the 2315 Account which precede or follow this ACDV, do **not** have a "Charge-Off Date" field. *See* Exs. E, F, G & H annexed hereto.

17. Instead, at the time of the 2315 Account's *next cycle date following the charge-off* (here, April 2022), Chase furnished the Account Status as "charge off" without identifying a specific charge-off date and during this April 2022 reporting period the "Account History" matrix on the ACDV identified a charge-off code (an "L") in the April 2022 box because this is the first time the 2315 Account is being reported as charged off. *See*, *e.g.*, "Account Status" fields on 2024 ACDVs annexed hereto.as Ex. H, at CHASE-000165, CHASE-000168, CHASE-000171

18. With respect to the July 2024 ACDV, consistent with the C3 notes above, Chase verified the account information, including an "Account Status" of "97 – Unpaid balance reported as a loss (charge-off) without reference to a specific charge-off date, except for updating (i) the Scheduled Monthly Payment field from a blank field to a zero-dollar entry, (ii) the Date of First Delinquency from 8-1-21 to 8-11-21, and (iii) the Account History grid to reflect the accurate delinquency history which preceded the account's charge-off, in the ACDV's "Response [or Resp.] Data" fields. *See* ACDV annexed hereto as Ex. H, at CHASE-000165 to CHASE-000167.

19. Relative to the Account History grid for the 2024 TransUnion ACDVs (*see* Ex. H attached hereto, at CHASE-000166-167, CHASE-000169-170, CHASE-000172-173), as it relates to denoting payment delinquency on the ACDV, each ACDV has an "Account History" grid which shows the account's payment status on a monthly basis over the account's prior seven-year history. The numeric values disclose the following to the credit bureaus: 0 = 0-29 days past due (i.e., Current Account); 1 = 30-59 days past due; 2 = 60-89 days past due; 3 = 90-119 days past due; 4 = 120-149 days past due; 5 = 150-179 days past due; and 6 = 180 or more days past due. In addition, as relevant here, the Account History fields may be populated with the letters "L" (meaning the account was charged off) or a

"D" (meaning no payment history reported/available for the month, which s possible if there has been no account activity following a charge-off). Here, for the months October 2024 through February 2025, the ACDV's Account History confirms that Chase, in those months' Response ("Resp.") Data fields, input (i) a "1" (30 days past due) for August and September 2024, (ii) a "2" (60 days past due) for October and November 2021, (ii) a "3" (90 days past due) for December 2021, (iii) a "4" (120 days past due) for January 2022, (iv) a "5" (150 days past due) for February 2022, and (v) a "6" (180 days past due) for March 2022. The ACDV shows that although credit bureau TransUnion populated the "Request Data" fields for January 2022, February 2022, and March 2022 with a "4" for all three months, Chase, in its Response Data fields, corrected the February 2022 (with a "5") and March 2022 (with a "6") boxes with the appropriate delinquency notation.

20. On September 4, 2024, Chase received another dispute (ACDV) from TransUnion, identifying Dispute Codes 012 (Claims paid the original creditor before Collection status or Paid before Charge-off) and 015 (Credit Limit/Highest Credit or original loan amount incorrect) as being relevant. *See* ACDV annexed hereto as Ex. H, at CHASE-000168 to CHASE-000170.

21. In response to the September 2024 ACDV, Chase performed an investigation and verified its reporting, stating in contemporaneous C3 notes dated September 11, 2024 the following:

> INVESTIGATION PERFORMED BASED ON DISPUTE CODE(S) 012 – CLAIMS PAID THE ORIGINAL CREDITOR BEFORE COLLECTION STATUS / PAID BEFORE CHARGE OFF. **VERIFY ACCOUNT STATUS, PAYMENT STATUS, PAYMENT RATING, CURRENT BALANCE, AMOUNT PAST DUE AND ACCOUNT HISTORY**….

*See* true and correct Excerpted C3 Notes for 2315 Account dated 9-11-24 annexed hereto as Ex. D, at CHASE-000178 (emphasis added).

> 015 – CREDIT LIMIT/HIGHEST CREDIT OR ORIGINAL LOAN AMOUNT INCORRECT. **VERIFY CREDIT LIMIT OR HIGHEST CREDIT/ ORIGINAL LOAN AMOUNT**., ALL RELEVANT INFORMATION AND ATTACHMENTS REVIEWED IF SUPPLIED , **VERIFIED ACCT STATUS, PAYMENT RATING, CURRENT BALANCE, AMT PAST DUE AND ACCT HISTORY AS PER SOR [SYSTEM OF RECORD], VERIFIED DELINQUENCIES AS PER SOR/EIV [ENTERPRISE IMAGE VIEWER], VERIFIED CREDIT LIMIT, ORIGINAL LOAN AMOUNT AS PER SOR AND HIGH CREDIT AS PER EIV / SOR , ORIGINATING BUREAU INFO NOT UNDER DISPUTE REVIEWED AGAINST SOR, NO UPDATE REQUIRED ON SOR**. ACDV UPDATED FOR ACCT INFO AS PER SOR….

*Id.* (emphasis added).

22. Accordingly, with respect to the September 2024 ACDV, as it did in response to the July 2024 ACDV, Chase verified the account information, including an "Account Status" of "97 – Unpaid balance reported as a loss (charge-off) without reference to a specific charge-off date, except for updating (i) the Scheduled Monthly Payment field from a blank field to a zero-dollar entry, (ii) the Date of First Delinquency from 8-1-21 to 8-11-21, and (iii) the Account History grid to reflect the accurate delinquency history which preceded the account's charge-off, in the ACDV's "Response [or Resp.] Data" fields. *See* ACDV annexed hereto as Ex. H, at CHASE-000168 to CHASE-000170, and ¶19 herein.

23. On October 31, 2024, Chase received the final dispute (ACDV) from TransUnion, identifying Dispute Codes 012 (Claims paid the original creditor before Collection status or Paid before Charge-off) and 114 (Disputes Date Opened, Date of Last Payment and/or Date Closed) as being relevant. *See* ACDV annexed hereto as Ex. H, at CHASE-000172 to CHASE-000175.

24. The October 2024 ACDV was accompanied by a letter to TransUnion dated October 23, 2024, wherein Plaintiff complained that the credit bureau was showing an incorrect charge-off date of April 2022, "unknown" payment history from May 2022 to July 2023, and a

missing last payment amount. *See* true and correct copy of 10-23-24 Letter, with attachments, annexed hereto as Ex. J [CHASE-000198 to CHASE-000204], at 1.

25. In response to the October 2024 ACDV, Chase performed an investigation and verified its reporting, stating in contemporaneous C3 notes dated November 5, 2024 the following:

> INVESTIGATION PERFORMED BASED ON DISPUTE CODE(S) 012 – CLAIMS PAID THE ORIGINAL CREDITOR BEFORE COLLECTION STATUS / PAID BEFORE CHARGE OFF. **VERIFY ACCOUNT STATUS, PAYMENT STATUS, PAYMENT RATING, CURRENT BALANCE, AMOUNT PAST DUE AND ACCOUNT HISTORY**….

*See* true and correct Excerpted C3 Notes for 2315 Account dated 11-5-24 annexed hereto as Ex. D, at CHASE-000175 (emphasis added).

> 114 – DISPUTES DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED. VERIFY DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED., ALL RELEVANT INFORMATION AND ATTACHMENTS REVIEWED IF SUPPLIED[;] **ACCOUNT STATUS, PAYMENT RATING, BALANCE, DATE OPENED, DATE OF LAST PAYMENT AND/OR DATE CLOSED, APD [AMOUNT PAST DUE], DOFD [DATE OF FIRST DELINQUENCY] AND HISTORY WERE VALIDATED USING SOR [SYSTEM OF RECORD] AND WERE CORRECTLY REPORTED AS PER REVIEW OF ORIGINATING BUREAU INFO. NO UPDATE NEEDED ON SOR. SUBMITTED ACDV WITH UPDATE RESPONSE**.

*Id.* (emphasis added).

26. Accordingly, with respect to the October 2024 ACDV, as it did previously in response to the July and September 2024 ACDVs, Chase verified the account information, including an "Account Status" of "97 – Unpaid balance reported as a loss (charge-off) without reference to a specific charge-off date, except for updating (i) the Scheduled Monthly Payment field from a blank field to a zero-dollar entry, (ii) the Date of First Delinquency from 8-1-21 to 8-11-21, and (iii) the Account History grid to reflect the accurate delinquency history which preceded

the account's charge-off, in the ACDV's "Response [or Resp.] Data" fields. *See* ACDV annexed hereto as Ex. D, at CHASE-000171 to CHASE-000173, and ¶19 herein.

27. For the record, to the extent that the October 23, 2024 letter's reference to a "missing last payment amount" was intended (and not meant to state "missing last payment *date*," consistent with other of Plaintiff's submissions), as aligned with Metro 2 procedure, there is no means, including any field on the ACDV, of transmitting a "last payment amount" to a CRA. In this regard, the October 2024 ACDV, as well as all of the ACDVs received in connection with the 2315 Account which precede this ACDV, do **not** have a "last payment amount" field. *See* Exs. E, F, G & H annexed hereto.

28. According to Chase business records, the 2315 Account's charged off balance of $38,238.76 remains unpaid to date.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this _15__ day of October, 2026.

David J Rivera

David J. Rivera