# EXHIBIT D

# EXCERPTED ACCOUNT NOTES FOR 2315 ACCOUNT REDACTED IN ENTIRETY SUBJECT TO CHASE'S MOTION TO FILE UNDER SEAL