Philip Goldson, pro se | 6 Central Ave, Unit 4, Rochelle Park, NJ 07662
(718) 395-0532 | klassick.barz@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PHILIP GOLDSON v. JPMORGAN CHASE BANK, N.A.
Civil Action No. 2:24-cv-10869-SDW-JRA

# EXHIBIT G

## WILKINS DEPOSITION EXCERPTS

In support of Plaintiff's Motion for Summary Judgment

This cover is unnumbered. Document page 1 follows.

A. I don't know the exact date. It was approximately April.

Q. So you have personal knowledge of when the upgrade occurred?

A. I do.

Q. Who told you about this upgrade?

A. I have the personal knowledge. I was with credit bureau operations at the time.

Q. So you conducted the upgrade?

MR. TURCOTTE: Objection to form.

You can answer.

A. No.

BY MR. GOLDSON:

Q. Okay. So who told you about it?

A. Our systems were upgraded and nobody had to tell me about it.

Q. Okay. The declaration states the upgrade required CBO to download images differently and to different Chase repositories. What does that mean?

A. So e-OSCAR, the system that credit bureau disputes come from when they're disputed at the bureaus only houses ACDVs and any images associated with those ACDVs

A. Again, we did not report a charge-off date. We report an account status at the time that we report.
Q. All right. So semantics are around words, but I'll repeat the question. If Chase told the consumer the correct date in writing then continued reporting a different date to credit bureaus for 15 months, is that consistent with FCRA?
MR. TURCOTTE: Objection to form. Misstates the testimony and the record.
You may answer.
A. Again, we did not report a charge-off date. That's not a Metro 2 field.
BY MR. GOLDSON:
Q. That's fine. I'm asking you question now as an expert, right? So I'll repeat the question if you need me to.
But to your knowledge and in your expertise, if Chase told consumer the correct date in writing, then continued reporting a different date to credit bureaus for 15 months, is that consistent with FCRA?
MR. TURCOTTE: Objection.

A. At which time?
Q. When you picked up reporting.
A. The account status of charge-off?
Q. What was the date?
A. We would have to go to an ACDV to look. But I believe it was August 2023, 2024.
Q. Let me restate. So who made the decision to keep reporting April 2022 after confirming March 31st, 2022?
A. We didn't keep reporting the April 2022 date. That date's reported once at the time of reporting and then it changes the next reporting.
BY MR. GOLDSON:
Q. I mean, to be fair, your position is that although you positioned this letter to me as the account was charged off on March 31st, 2022, you guys do not report charge-off dates?
A. That is correct.
Q. Okay. What do you report that corresponds to the charge-off date? Like what is the significance of March 31st, 2022?

do you -- maybe you don't recall the exact, but maybe you can estimate the amount of times that you said to me that Chase does not report charge-offs to credit bureaus, what would you estimate?

A. I probably told you ten times that the credit reporting or that the charge-off date is not a credit reporting field.

Q. Gotcha.

MR. GOLDSON: Madeline, could you scroll down to page 5 for me, please.

BY MR. GOLDSON:

Q. Can you see this page, Mr. Wilkins?

A. I can.

Q. Okay. Do you see the space where it acknowledges that this is JPM -- excuse me -- CB card services?

A. I do.

Q. Okay. And do you see the area marked in yellow where it says "Pay Status?"

A. I do.

Q. Do you see the term "charge-off" there?

A. I do.

Q. Gotcha. If you look down, do you see the letters "CO"?

A. I do.

Q. Do these letters stand for "charge-off"?

A. I can't speak for TransUnion. "CO" is not something that we report in those fields.

Q. Okay. But you do see pay status where it says "charged off," yes?

A. Yes.

Q. Okay. And these dates that are here, listed here by TransUnion are dates furnished and information furnished by J.P. Morgan Chase Bank, correct?

MR. TURCOTTE: Objection to form. The witness has stated he's not familiar with this document.

But you can answer.

A. I mean, TransUnion would take the data that we reported and display it here, so those dates that have a CO would have been dates that we would have furnished.

Q. And we know that those letters stand for charge-off, and we also see the --

next to "pay status," it says "charged off."

So you said -- just to reiterate at least ten times -- that you guys do not report charge-offs to credit bureaus. However, it shows here that you guys do report charge-offs to credit bureaus, correct?

MR. TURCOTTE: Objection. Misstates his testimony. He said they don't report charge-off dates. You can answer again.

BY MR. GOLDSON:

Q. Then how did -- how did TransUnion get those dates? He just said that they furnished these dates.

A. Which dates are you referring to?

Q. The ones that are next to the charge-offs?

A. So those dates refer to the account status as of that month.

Q. Referring to the account status as the charge-off.

A. As of that month, I can't tell you what the CO represents.

Q. Right. But you swore earlier that

April 22 date isn't a date -- like we would have reported that once when we reported in April, but then every month after, the reporting date changes.

MR. GOLDSON: Can we scroll up to page 3, please, Madeline.

BY MR. GOLDSON:

Q. Can you tell me what you see here, Mr. Wilkins?

A. That looks like a key from TransUnion on how to interpret fields.

Q. Yep. And can you let me know what it says underneath "CO"?

A. It says "charge-off."

MR. GOLDSON: Okay. Can we go back to page 5, please, Madeline.

BY MR. GOLDSON:

Q. Just to state, obviously we can confirm that "CO" does stand for "charge-off," correct, Mr. Wilkins?

A. According to this document.

Q. The document from TransUnion, correct?

A. Correct.

Q. Which you confirmed that you

MR. TURCOTTE: I provided it to you as I'm required to under the Federal Rules. When I receive a response from a subpoena, I provide it to you.

MR. GOLDSON: Got it.

BY MR. GOLDSON:

Q. All right. Mr. Wilkins, you understand your testimony today binds J.P. Morgan Chase Bank as the corporate representative?

MR. TURCOTTE: Asked and answered.

You can answer again.

A. I do.

BY MR. GOLDSON:

Q. What is Chase's corporate policy for reporting charge-off dates to credit bureaus?

A. As stated more than ten times now, we do not report a charge-off date to the credit bureaus.

Q. How does Chase ensure charge-off dates are reported accurately?

A. Chase does not report charge-off dates.

Q. What is Chase's corporate policy when Chase discovers it's reporting inaccurate information?
A. To update said information.
Q. What steps is Chase supposed to take to correct inaccurate reporting?
A. We would submit a correction to the credit bureau that has the inaccurate reporting.
Q. Was that policy followed in my case?
MR. TURCOTTE: Objection. Lacks foundation. Assumes facts in evidence.
You can answer if you know.
A. There was nothing to correct.
BY MR. GOLDSON:
Q. Why is it your position that there was nothing to correct?
MR. TURCOTTE: Objection. Asked and answered several times.
You can answer again.
A. The information that was reported was accurate.
BY MR. GOLDSON:
Q. The information that was reported