Philip Goldson, pro se | 6 Central Ave, Unit 4, Rochelle Park, NJ 07662
(718) 395-0532 | klassick.barz@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PHILIP GOLDSON v. JPMORGAN CHASE BANK, N.A.
Civil Action No. 2:24-cv-10869-SDW-JRA

# EXHIBIT J

## PUBLIC JOHNSON ECF 74 CHASE MANUAL

In support of Plaintiff's Motion for Summary Judgment

This cover is unnumbered. Document page 1 follows.

13. During the call, I informed the representative that I had tried to cancel or close his account months, if not a year earlier, but I believed the account was still open, and I had received a collections notice from a third-party.

14. Attached as **Exhibit D** are true and correct copies of the cover page, signature page/proof of service, and the excerpted pages I cite from Chase's Amended Responses to Plantiff's Requests for Production, Set One.

15. Attached as **Exhibit E** is a true and correct copy of the excerpted pages I cite from a document titled "Card Dispute Resolution Processing", dated January 8, 2020, that Chase produced in discovery, bearing Bates Nos. CHASE00680 through CHASE00840, which was also marked as Exhibit 2 at Barbara Burda's Rule 30(b)(6) deposition on October 23, 2023.

16. Attached as **Exhibit F** are true and correct copies of materials from the deposition of Barbara Burda, Chase's designated corporate representative, taken October 23, 2023 in Joshua Johnson v. JPMorgan Chase Bank, N.A., No. 2:22-cv-06718-AB-MAAx (C.D. Cal.): (1) the transcript cover page (reflecting Ms. Burda's 30(b)(6) capacity), (2) the court reporter's certification as required by Fed. R. Civ. P. 30(f)(1), and (3) the excerpted pages I cite. These pages were obtained directly from the certified transcript prepared by Michelle L. Goehring, and the copies are unaltered.

17. On June 12, 2018, I had a conversation over two phone calls with a Chase representative named Jeremiah Pressley.

~~18. Attached as **Exhibit G** are excerpted pages I cite from a transcript of a telephone conversation between me and Jeremiah Pressley that occurred on June 12, 2018. I recognized the other speaker as Jeremiah Pressley based on~~

# EXHIBIT E

Dispute Manual

30(B)(6)
10.23.23
Exhibit 2
Michelle L. Goehring

# Card Dispute Resolution Processing

Procedure Number: 37909
Publish Date: 01/08/2020


## Before you begin

- Important things to know
- Reasonable Investigation
- What's new

## How do I?

- Process a dispute
- Respond
  - Memo Account
  - Bankruptcy Matrix
  - Non-Bankruptcy Matrix
  - Process an ACDV
  - Process an AUD
  - Response Closing (Letter / Email)

## What is/are?

- Americans with Disabilities Act (ADA)
- Compliance Condition Code Priority
- Credit Bureau Reporting Suppressions
- Dispute Recognition (CCC)
- e-Oscar vs System Fields
- Non-Required Field Matrix

## When do I?

- Authorized Users
- Bankrupt Accounts
- Business Cards
- Charge-off Account Verification
- Customer Direct Complaints
- Customer Disputes Account
- Customer Ownership / Liability
- Date of First Delinquency Verification
- Deceased Processing
- Delinquency Disputes
- Disaster Relief
- Escalation Referrals
- High Credit Disputes
- Litigation Accounts
- Pre-Conversion, product change, and duplicate accounts
- Purged Accounts
- Redirect Dispute
- Reinsert Tradeline
- Research Previous Dispute Information
- Report Military / SCRA Accounts
- Reporting Verification Requests
- Security Fraud (SF) status accounts
- Settled Account Verification
- Special Comment Code (SCC)
- Sold Account Verification
- Tradeline Deletion Request
- Unique Direct Dispute Cases
- Verify Open / Closed Status

**9** Verify account belongs to customer in ACDV based on name and Social Security number (SSN)

- Compare original column with E-Tool
- SSN that starts with 9 should be treated as no SSN

| Scenario | Action |
|---|---|
| Name matches and SSN matches | • Go to Step 11 |
| SSN matches and name is an acceptable variation | • Go to Step 11 |
| Name matches and SSN is similar (One digit off or transposed numbers) | • Submit Fraud Prevention Referral; go to next step |
| Name matches and SSN doesn't match | • This is wrong party. Delete tradeline; go to Response Processing |
| Primary Customer (PCM) SSN not on account / is all the same number / starts with a 9 and PCM disputing | • Submit Fraud Prevention Referral; go to next step |
| Secondary Customer (SCM) / Authorized User (AU) SSN not on account / all the same number or starts with a 9 and SCM / AU disputing | • Go to next step |
| SSN matches or is similar (One digit off or transposed numbers) and name doesn't match | • Route case to **Z Fraud** queue |
| Name and SSN doesn't match | • This is wrong party. Delete tradeline; go to Response Processing |
| Customer is authorized user or POA on account | • Review Authorized Users; go to Step 11 if needed |

**10** Determine if working a business card account by reviewing the **TYPE** field on IAGI. If there is a **B** in this field, review Business Cards for important information regarding these

**11** Determine if account is enrolled in Pre – Charge off settlements post 11/11/2018

- **If YES**:
  - **General specialist:** Refer to Escalation Criteria
  - **Escalation specialist:** Refer to Pre – Charge off settlements post 11/11/2018
- **If NO**: Go to next step

**12** Investigate Indirect (ACDV) Disputes

Go to Top ⬆

## Investigate Indirect (ACDV) Disputes

Review dispute codes, FCRA relevant information and view images in the dispute to determine research that needs to be performed. For FCRA relevant information and ACDV images locate definition(s) that best describes the dispute

**Multiple dispute codes must each be investigated along with the dispute code that best defines the ACDV Image and / or FCRA relevant information if present**