Philip Goldson, pro se | 6 Central Ave, Unit 4, Rochelle Park, NJ 07662
(718) 395-0532 | klassick.barz@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PHILIP GOLDSON v. JPMORGAN CHASE BANK, N.A.
Civil Action No. 2:24-cv-10869-SDW-JRA

# EXHIBIT K

## PUBLIC JOHNSON ECF 74 BURDA TESTIMONY

In support of Plaintiff's Motion for Summary Judgment

This cover is unnumbered. Document page 1 follows.

13. During the call, I informed the representative that I had tried to cancel or close his account months, if not a year earlier, but I believed the account was still open, and I had received a collections notice from a third-party.

14. Attached as **Exhibit D** are true and correct copies of the cover page, signature page/proof of service, and the excerpted pages I cite from Chase's Amended Responses to Plantiff's Requests for Production, Set One.

15. Attached as **Exhibit E** is a true and correct copy of the excerpted pages I cite from a document titled "Card Dispute Resolution Processing", dated January 8, 2020, that Chase produced in discovery, bearing Bates Nos. CHASE00680 through CHASE00840, which was also marked as Exhibit 2 at Barbara Burda's Rule 30(b)(6) deposition on October 23, 2023.

16. Attached as **Exhibit F** are true and correct copies of materials from the deposition of Barbara Burda, Chase's designated corporate representative, taken October 23, 2023 in Joshua Johnson v. JPMorgan Chase Bank, N.A., No. 2:22-cv-06718-AB-MAAx (C.D. Cal.): (1) the transcript cover page (reflecting Ms. Burda's 30(b)(6) capacity), (2) the court reporter's certification as required by Fed. R. Civ. P. 30(f)(1), and (3) the excerpted pages I cite. These pages were obtained directly from the certified transcript prepared by Michelle L. Goehring, and the copies are unaltered.

17. On June 12, 2018, I had a conversation over two phone calls with a Chase representative named Jeremiah Pressley.

~~18. Attached as **Exhibit G** are excerpted pages I cite from a transcript of a telephone conversation between me and Jeremiah Pressley that occurred on June 12, 2018. I recognized the other speaker as Jeremiah Pressley based on~~

# EXHIBIT F

Burda Deposition

# Deposition Transcript

Case Number: 2:22-cv-06718-RSWL-MAA
Date: October 23, 2023

In the matter of:

# JOHNSON v JPMORGAN CHASE BANK, N.A.

## BARBARA BURDA - 30(b)(6)

CERTIFIED COPY

Reported by:
Michelle L. Goehring
Notary Public

CONFIDENTIAL

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

A. We would review the information on the ACDV, you know, what the originating column reflected from the CRAs. We would review our system of record. We would review any relevant information that's on the system of record.

If the account had any type of fraud component, it would be deferred to fraud for their review.

Q. When you say system of record, what do you mean?

A. That's our C3 system of record. That's the formal system of record that we use to validate information.

Q. And is there a written policy for how to conduct FCRA investigations that Chase had in place in August and September 2022?

A. Yes. Our procedures.

Q. And so does one specialist handle each ACDV or does a team handle it?

A. One specialist will handle an ACDV.

(Deposition Exhibit No. 2 was marked for identification.)

BY MR. RUSSELL:

Q. So I want to mark as Exhibit 2 a document produced by Chase in this litigation

that is Bates numbered Chase 680 through Chase 684.

Ms. Burda, are you familiar with this document? I'm sorry. I couldn't hear you.

A. Yes, I am.

Q. Is this the written procedure Chase had in place in August and September 2020 to conduct FCRA dispute investigations?

A. Yes, it is.

Q. Is this still the written process or procedure that's still in place to conduct these investigation?

A. We've had several updates to our procedures since this publish date of 1/8/2020.

Q. So I'm going to Page 681 now, Chase 681. Could you tell me -- first, there's a bullet point that says "Direct dispute customer initiated with Chase."

Is that -- what is a direct dispute? Is that basically it or is there any nuance to that?

A. A direct dispute would be the customer initiating a dispute to a specific P.O. Box about his credit bureau.