**TURCOTTE LAW, P.C.**
641 Lexington Avenue, 15th Floor, New York, New York 10022

**Christopher B. Turcotte**
Direct Dial: (212) 937-8499
Direct Fax: (646) 417-5851
E-Mail: cturcotte@cbtlaw.com

October 23, 2026

**VIA FIRST-CLASS MAIL**
Honorable Susan D. Wigenton
United States District Court for New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: *Goldson v. JPMorgan Chase Bank, N.A.*
Case No. 2:24-cv-10869-SDW-JRA

Dear Judge Wigenton:

This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase"), relative to the above-referenced matter.

We write to request a correction of the motion day of *pro se* plaintiff Philip Goldson's recently filed cross-motion for summary judgment so that it does not conflict with the Court's ordered briefing schedule. By way of background, Judge Jose R. Almonte, by Order entered on July 15, 2026 [ECF No. 85], directed a briefing schedule for summary judgment motions, whereby the parties shall file (i) initial motion papers on October 20, 2026, (ii) opposition papers by November 19, 2026, and (iii) reply papers by December 3, 2026.

Consistent with this briefing schedule, Chase noticed its motion for summary judgment (and an accompanying motion to file certain supporting exhibits under seal) to be returnable on the Court's December 21, 2026 motion day.[1] However, Plaintiff noticed his cross-motion for summary judgment to be returnable on November 16, 2026, which does not align with the briefing schedule so ordered by the Court.

---

[1] The December 3, 2026 deadline for replies does not align with the Court's earlier December 7, 2026 motion day (which requires that replies be filed by November 30, 2026); hence, even though replies are due by December 3, 2026, the corresponding motion day is December 21, 2026 absent the Court's directive otherwise.

Accordingly, we respectfully request that the Court adjust the motion day of Plaintiff's motion accordingly so that it complies with Judge Almonte's July 15, 2026 order (and aligns with the return date of Chase's motions).

We thank the Court for its consideration of this request.

Respectfully,

/s/*Christopher B. Turcotte*
Christopher B. Turcotte

cc: Philip Goldson, *Pro Se*