**TURCOTTE LAW, P.C.**
641 Lexington Avenue, 15th Floor, New York, New York 10022

**Christopher B. Turcotte**
Direct Dial: (212) 937-8499
Direct Fax: (646) 417-5851
E-Mail: cturcotte@cbtlaw.com

October 29, 2026

**VIA E-FILING**
Honorable Jose R. Almonte
United States District Court for New Jersey
Frank R. Lautenberg U.S. Post Office
& U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

RE: *Goldson v. JPMorgan Chase Bank, N.A.*
Case No. 2:24-cv-10869-SDW-JRA

Dear Judge Almonte:

This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter.

Further to Your Honor's text order entered on October 22, 2026, attached please find an amended proposed order with respect to Chase's motion to seal. *See* ECF Nos. 90-91.

Respectfully submitted,

/s/*Christopher B. Turcotte*
Christopher B. Turcotte

cc: Philip Goldson, *Pro Se*
(via email – klassick.barz@gmail.com)